AO 91 (Rev. 3/99) Criminal Complaint

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

V.

RYAN WOLF

**FILED**
JAN 27 2021
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

**CRIMINAL COMPLAINT**

CASE NUMBER: 5:21 MJ 12

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  In or about January 27, 2021, in Ohio County, in the Northern Judicial District of West Virginia, Defendant did

knowingly possess and seek out with intent to view child pornography in violation of Title 18 U.S.C. Section 2252A(a)(5)(B).

I further state that I am a Special Agent for the Department of Homeland Security Investigations and that this Complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

continued on the attached sheet and made a part hereof:    X YES    ☐ NO

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

1-27-2021
Date

AT  Wheeling, WV
City and State

James P. Mazzone, United States Magistrate Judge
Northern District of West Virginia

_____
Signature of Judicial Officer